**GLANCY PRONGAY & MURRAY LLP**
Kevin Ruf (SBN 136901)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (301) 201-9150
Fax: (301) 201-9160
kruf@glancylaw.com

**GLANCY PRONGAY & MURRAY LLP**
Brian P. Murray
230 Park Avenue, Suite 358
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
bmurray@glancylaw.com

ATTORNEYS FOR PLAINTIFF
AND THE PROPOSED CLASS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT GROVE, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>DEFENDANT. | Case No. 3:23-cv-00306<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff Matt Grove respectfully submits this opposition to defendant's motion to dismiss and states as follows:

Defendants filed a motion to dismiss based on the "first-filed" doctrine and argue that this action should be dismissed in favor of an earlier action filed in the Eastern District of Louisiana, *Capdeville v. Southwest Airlines Co.,* 18cv2876 (E.D. La.). The *Capdeville* action is one of many subject to a proceeding before the Judicial Panel on Multidistrict Litigation, MDL 3082, as is this

action.

      Counsel for all actions pending before the JPML have consulted and are agreed the actions should proceed in this district. Counsel in the *Capdeville* action had informed Casey Flynn, an attorney who brought *Smith v. Southwest Airlines Co.,* 23 cv754, another of the pending JPML cases, that he would dismiss the *Capdeville* action. It was anticipated this dismissal would take place before the opposition to this motion to dismiss would be due, rendering this motion moot. Although the *Capdeville* action has not yet been dismissed, counsel in the *Capdeville* action has informed plaintiff's counsel in the *Smith* action that the dismissal will be filed shortly. Given that there will be no pending "first-filed" motion once the *Capdeville* action is dismissed, defendant's motion should be denied, or at a minimum stayed pending the JPML proceedings and impending voluntary dismissal of the *Capdeville* action.

Date: July 18, 2023

                                **GLANCY PRONGAY & MURRAY LLP**

                                By: */s/Kevin Ruf*
                                Kevin Ruf (SBN 136901)
                                1925 Century Park East, Suite 2100
                                Los Angeles, CA 90067
                                Tel: (301) 201-9150
                                Fax: (301) 201-9160
                                kruf@glancylaw.com

                                **GLANCY PRONGAY & MURRAY LLP**
                                Brian P. Murray
                                230 Park Avenue, Suite 358
                                New York, NY 10169
                                Tel: (212) 682-5340
                                Fax: (212) 884-0988
                                bmurray@glancylaw.com

                                *Attorneys for Plaintiff and the Class*