**GLANCY PRONGAY & MURRAY LLP**
Kevin Ruf (SBN 136901)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (301) 201-9150
Fax: (301) 201-9160
kruf@glancylaw.com

**GLANCY PRONGAY & MURRAY LLP**
Brian P. Murray
230 Park Avenue, Suite 358
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 884-0988
bmurray@glancylaw.com

ATTORNEYS FOR PLAINTIFF
AND THE PROPOSED CLASS

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT GROVE, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>DEFENDANT. | Case No. 3:23-cv-00306<br><br>AFFIRMATION OF BRIAN P. MURRAY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CONSOLIDATE |

I Brian P. Murray, do hereby affirm as follows:

1. I am a partner in the law firm Glancy Prongay & Murray LLP, and am counsel to plaintiff Matt Grove in this Action.

2. My partner Kevin Ruf is also counsel to plaintiff Matt Grove in this Action.

3. In late June 2023, Mr. Ruf was diagnosed with a serious illness requiring surgery, and, as a result, plaintiff's deadline for filing his opposition papers was missed.

4.  Casey Flynn, counsel in another action against Southwest Airlines arising out of the same facts as this case, *Smith v. Southwest Airlines Co.,* 23cv754, has informed me that he has been in contact with counsel for a plaintiff in another similar action pending in the Eastern District of Louisiana, *Capdeville v. Southwest Airlines Co.,* Case No. 2:22-cv-05590-ILRL-KWR.

5.  Mr. Flynn has informed me that counsel for plaintiff in the *Capdeville* action will dismiss the *Capdeville* action and refile his case in this District.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Date: July 18, 2023
Wilton, Connecticut

            /s/Brian P. Murray